■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH M. BAUGHMAN, Appellant. [698 NYS2d 205] —Judgment unanimously affirmed (*see, People v Hidalgo,* 91 NY2d 733). (Appeal from Judgment of Niagara County Court, Fricano, J.— Attempted Robbery, 2nd Degree.) Present—Pine, J. P., Lawton, Hayes, Wisner and Scudder, JJ.